PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
Oscar Gonzalez de Llano
Special Assistant United States Attorney
    Social Security Administration
    Office of General Counsel
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: (510) 970-4818
    Email: Oscar.Gonzalez@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY PHILIP VAN EK,<br><br>    Plaintiff,<br><br>v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>    Defendant. | No. 2:24-cv-01852-CKD<br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER |

    IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g).  The purpose of the remand is to offer Plaintiff a new decision.

    On remand, the Commissioner will reevaluate the medical opinions and prior administrative medical findings, further develop the record as necessary and issue a new decision.  The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted this 28th day of August, 2024.

                                          PHILLIP A. TALBERT
                                        United States Attorney

By:  *s/ Oscar Gonzalez de Llano*
      OSCAR GONZALEZ DE LLANO
      Special Assistant United States Attorney
      Attorneys for Defendant

                                          LAW OFFICES OF FRANCESCO BENAVIDES

By:  *s/ FRANCESCO P. BENAVIDES*
      FRANCESCO P. BENAVIDES
      (*as authorized by email)
      Attorney for Plaintiff

**ORDER**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

Dated: August 29, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE